DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

R.A.P.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1848

————————————————

October 1, 2025

Appeal from the Circuit Court for Pasco County; James R. Stearns, Judge.

Blair Allen, Public Defender, and Lisa Lott, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

LaROSE, SLEET, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.